**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ED HULL, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>ALVARADO RESTAURANT GROUP, LLC, a Colorado limited liability company; and Does 1-10,<br><br>    Defendants. | CASE NO.: CV 21-6456-GW-RAOx<br><br>*Hon. George Wu*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: August 10, 2021<br>Trial Date:    Not on Calendar |

1

[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Ed Hull's action against Defendant Alvarado Restaurant Group, LLC is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: November 29, 2022

_____
HON. GEORGE H. WU,
United States District Judge